# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEA

**City** Quincy
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant x
Magistrate Judge Case Number _____
Search Warrant Case Number  See attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

## Defendant Information:
**Defendant Name:** Kevin Thomas CILIBERTO   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____
**Address:** 32 Lantz Ave, Whitman, MA
**Birth date (Yr only):** 1981   **SSN (last 4#):** 4248   **Sex:** M   **Race:** W   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information
**AUSA:** Lindsey Weinstein   **Bar Number if applicable:** 676933

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** _____

**Arrest Date:** 3/7/2024

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Quincy PD   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/7/2024   **Signature of AUSA:** /s/ Lindsey Weinstein

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Kevin Thomas CILIBERTO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C.§ 841 | Possession with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

See attached

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

SW numbers:

22-MJ-6098-MPK

22-MJ-6099-MPK

22-MJ-6190-MPK

22-MJ-6008-MPK

23-MJ-6009-MPK

23-MJ-6010-MPK

23-MJ-6300-MPK

23-MJ-6301-MPK

23-MJ-6302-MPK

23-MJ-6593-MPK

23-MJ-6594-MPK

23-MJ-6595-MPK

23-MJ-8132-PGL

24-MJ-6053-MPK

24-MJ-6054-MPK

24-MJ-6199-MPK

24-MJ-6201-MPK

24-MJ-6202-MPK

24-MJ-6203-MPK

24-MJ-6204-MPK